IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

Russell Bonner,

        Plaintiff,

v.

Michael J. Astrue, Commissioner
of Social Security Administration,

        Defendant.

Civil Action No. 5:11-818-SB

**ORDER**



This matter is before the Court on the Plaintiff's action for judicial review, pursuant to Section 205(g) of the Social Security Act, as amended (42 U.S.C. § 405(g)), of a final decision of the Commissioner of Social Security, which denied the Plaintiff's claim for disability insurance benefits and supplemental security income. The record includes a report and recommendation ("R&R") of a United States Magistrate Judge, made in accordance with 28 U.S.C. § 636(b)(1)(B) and Local Rule 73.02(B)(2)(a). In the R&R, filed on May 4, 2012, the Magistrate Judge recommends that the Court reverse the Commissioner's decision pursuant to sentence four of 42 U.S.C. § 405(g) and 1383(c)(3) and remand the case to the Commissioner for further consideration. In a notice filed on May 21, 2012, the Defendant informed the Court that he will not file objections to the R&R.

Absent timely objection from a dissatisfied party, a district court is not required to review, under a de novo or any other standard, a Magistrate Judge's factual or legal conclusions. Thomas v. Arn, 474 U.S. 140, 150 (1985). Here, because no objections were filed, the Court need not conduct a de novo review of any portion of the R&R. Accordingly, the Court hereby adopts the Magistrate Judge's R&R (Entry 21) as the Order of the Court,

and it is

**ORDERED** that the decision of the Commissioner of Social Security is reversed pursuant to sentence four of 42 U.S.C. § 405(g), and the case is remanded to the Commissioner for further consideration, as outlined in the R&R.

**IT IS SO ORDERED.**

Sol Blatt, Jr.
Senior United States District Judge

May 21, 2012
Charleston, South Carolina